**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-24472-JB/Torres**

BRITTANY NELSON,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.

      Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

**THIS CAUSE** comes before the Court upon the Unopposed Motion to Withdraw as Counsel of Record.  ECF No. [20].  Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [20] is **GRANTED**.  Grant Edward Lavelle Schnell, Esq. is terminated as counsel of record for Defendant and is relieved of all further responsibility in this action.  Defendant will continue to be represented by other counsel of record.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 3rd day of April, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**