**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-24472-JB/Torres**

BRITTANY NELSON,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Stipulation of Dismissal With Prejudice.   ECF No. [28]. Upon due consideration of the Stipulation, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.   Each party shall bear their own attorney's fees and costs.   The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 14th day of May, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**